IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:23-CV-00347-KDB

| DELIA G. SMITH, | |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

**THIS MATTER** is before the Court on Defendant's Consent Motion for Remand (Doc. No. 8). Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's motion, with Plaintiff's consent, to remand this case for further administrative proceedings, the Court hereby remands this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Shalala v. Schaefer*, 509 U.S. 292 (1993).

**SO ORDERED.**

Signed: March 25, 2024

Kenneth D. Bell
United States District Judge